FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL ARENAS,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER, Warden,<br><br>    Respondent. | Case No. EDCV 08-00943-GAF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files herein, as well as the Report and Recommendation of the United States Magistrate Judge. The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed.

    IT IS ORDERED that the Petition for Writ of Habeas Corpus is GRANTED in part and DENIED in part. IT IS FURTHER ORDERED that Petitioner shall be brought before the state court for re-sentencing within sixty (60) days of the date of entry of judgment.

Dated: September 28, 2009

                                                            Gary A. Feess
                                                            United States District Judge