JS-6 /ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DANIEL ARENAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES WALKER, Warden,<br><br>　　　　Respondent. | Case No. EDCV 08-00943-GAF (MLG)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and Granting in Part the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that a writ of habeas corpus be GRANTED with respect to Petitioner's claim that there was insufficient evidence to support the true findings on the gang enhancements. It is further Ordered and Adjudged that Petitioner be brought before the state court within sixty (60) days of the date of this judgment for re-sentencing or be discharged from the adverse consequences of the of the true findings on the gang enhancement allegations.

Dated: September 28, 2009

　　　　　　　　　　　　　　　　　　　Gary A. Fees
　　　　　　　　　　　　　　　　　　　United States District Judge